UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAR 3 1 2008

*******************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 07-40090-02 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| CHRISTOPHER JAMES AUSTAD, | * | |
| Defendant. | * | |

*******************************************************

Pending before the Court is the Defendant Christopher James Austad's Petition to Plead Guilty and Statement of Factual Basis. A hearing to take the plea was held before the Magistrate Judge on March 10, 2008, and Judge Simko issued a Report and Recommendation recommending to this Court that the plea be accepted and the Defendant be adjudged guilty as charged in Count 3 of the Indictment with Mailing Threatening Communications in violation of 18 U.S.C. § 876. After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the plea is accepted and the Defendant Christopher James Austad is adjudged guilty.

Dated this 31st day of March, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY